# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

v.

MICHAEL W. FOUNTAIN

CASE NO. 3:18cr001-MCR

## REFERRAL AND ORDER

Referred to Judge M. Casey Rodgers on   January 11, 2019

Motion/Pleadings:  MOTION FOR ORDER OF DISMISSAL

Filed by  Government   on  January 10, 2019   Doc. #  33

Response _____   on _____   Doc. # _____

|   | Stipulated |   | Joint Pleading |
|---|---|---|---|
| X | Unopposed |   | Consented |

JESSICA J. LYUBLANOVITS
CLERK OF COURT
/s/ Kathy Rock
Deputy Clerk: Kathy Rock

---

On consideration, the motion is GRANTED. The indictment is DISMISSED and this case is CLOSED.

**DONE and ORDERED** this 14th day of January 2019.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**